UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL B. SPRINGER,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

Case No. 18-cv-12705
Hon. Matthew F. Leitman

## **JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order dated March 31, 2020, Plaintiff's Motion for Summary Judgment (Dkt. 16) is granted in part and denied in part, Defendant's Motion for Summary Judgment (Dkt. 19) is denied, and the case is REMANDED for further proceedings.

                                          /s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: March 31, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 31, 2020, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764