UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL B. SPRINGER,

      Plaintiff,                                     Case No.: 18-cv-12705
                                                   Hon. Matthew F. Leitman

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

      Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S PETITION**
**FOR ATTORNEY FEE PURSUANT TO § 206(b)(1)**

THIS CAUSE came before the Court on Petitioner's Motion for attorney's fees pursuant to 206(b)(1) filed on January 31, 2022 (Docket #32).

Accordingly, IT IS ORDERED that the relief requested in the petition seeking an attorney fee of $64,110.88 pursuant to the Social Security Act is GRANTED. The Court ORDERS that payment by the Commissioner in the amount of $64,110.88 be paid directly to attorney Frederick J. Daley, Jr. in accordance with the agreement signed by Plaintiff. The Court further ORDERS Frederick J. Daley, Jr. to refund Plaintiff the EAJA fee of $12,080.41, which represents the amount of the EAJA award already paid to Frederick J. Daley, Jr. and now credited to Plaintiff.

                                                                        s/Matthew F. Leitman_____
                                                                        MATTHEW F. LEITMAN
                                                                        UNITED STATES DISTRICT JUDGE

Dated:  March 22, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
